IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              :        CHAPTER 13
    DAVID E. LEWIS                                  :
    GRETCHEN LEWIS                                  :
         DEBTORS                                    :        CASE NO. 14-19079-AMC

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Debtors have filed a Motion Pursuant to Bankruptcy Rule 9019 to Approve Personal Injury Settlement.

**<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion, then on or before **March 20, 2017** you or your attorney must do <u>all</u> of the following:
    (a)    file an answer explaining your position at:
           United States Bankruptcy Court
           Robert N.C. Nix Building
           900 Market Street, Suite 400
           Philadelphia, PA  19107-4299

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before date stated above; and
    (b)    mail a copy to the movant's attorney:
           Joseph F. Schwartz, Esquire
           Silver and Silver
           42 W. Lancaster Avenue
           Ardmore, PA  19003

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Ashley M Chan, the United States Bankruptcy Judge, in Courtroom 5 at the United States Bankruptcy Court, Robert N.C. Nix Building, 900 Market Street, Suite 400, Philadelphia, PA  19107-4299 on April 4, 2017 at 11:00 a.m., or as soon thereafter as counsel can be heard, to consider the motion.

4. A copy of the motion was forwarded to you on February 21, 2017.

5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

SILVER AND SILVER

BY _____
Joseph F. Schwartz, Esquire
Attorney for Movant/Debtors
(610) 658-1900

Date: 03/06/2017

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| DAVID E. LEWIS | : | |
| GRETCHEN LEWIS | : | |
| DEBTORS | : | CASE NO. 14-19079-AMC |

## CERTIFICATE OF SERVICE

I, Joseph F. Schwartz, Esquire, attorney for Movants/Debtors, do hereby certify that a true and correct copy of the NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE have been served on March 6, 2017 by first class mail, and/or electronic means upon the parties identified on the Service list filed in this case.

SILVER AND SILVER

BY _____
Joseph F. Schwartz, Esquire
Attorney for Movant/Debtors
(610) 658-1900