# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 14-19079-AMC

DAVID E LEWIS
GRETCHEN J. LEWIS
2652 S. 67TH STREET

PHILADELPHIA, PA 19142

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    DAVID E LEWIS
    GRETCHEN J. LEWIS
    2652 S. 67TH STREET

    PHILADELPHIA, PA 19142

Counsel for debtor(s), by electronic notice only.

    STEPHEN MATTHEW DUNNE
    1515 MARKET ST
    SUITE 1200
    PHILA, PA 19102-

Date: 7/13/2017

                                /S/ William C. Miller
                                _____
                                William C. Miller, Esquire
                                Chapter 13 Standing Trustee