### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: David E. Lewis<br>Gretchen J. Lewis<br>　　　　　　　　　Debtors<br><br>MidFirst Bank<br>　　　　v.<br>David E. Lewis<br>Gretchen J. Lewis<br>　　　　and<br>William C. Miller Esq.<br>　　　　　　　　　Trustee | Chapter 13<br><br><br><br>NO. 14-19079 AMC |

### ORDER

AND NOW, this **18th** day of **December**, 2017 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on October 3, 2016 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code) 11 U.S.C. Section 362, is modified to allow MidFirst Bank and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 2652 South 67th Street Philadelphia, PA 19142.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
United States Bankruptcy Judge.

cc: See attached service list