IN THE UNITES STATES BANRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
    DAVID E. LEWIS :
    GRETCHEN LEWIS :
        DEBTORS : CASE NO. 14-19079-AMC

## ORDER

AND NOW, this __19th__ day of __December__, 2017, upon consideration of Debtors Motion Pursuant to Bankruptcy Rule 9010 to Approve Underinsured Motorist Settlement, it is hereby ORDERED and DECREED that said Motion is GRANTED. Pursuant to Local Bankruptcy Rule 2012-1 attorney fees in the amount of $6,000.00 and litigation costs in the amount of $25.80 shall be paid to Debtors' personal injury counsel, Silver and Silver out of the total settlement of $15,000.

By the Court

_____
Ashely M. Chan,    J.