United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 14-19079-amc
David E Lewis                                                             Chapter 13
Gretchen J. Lewis
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey              Page 1 of 3              Date Rcvd: Jun 08, 2018
                              Form ID: 138NEW           Total Noticed: 63

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 10, 2018.
```
db/jdb         +David E Lewis,    Gretchen J. Lewis,    2652 S. 67th Street,    Philadelphia, PA 19142-2706
13424404       +Advocare Society Hill Peds,    PO BOX 3001 D28,    Voorhees, NJ 08043-0598
13424405       +Aes/pheaa Rehabs,    Po Box 61047,    Harrisburg, PA 17106-1047
13424408       +Amcol Systems,    111 Lancewood Road,    Columbia, SC 29210-7523
13511523        American InfoSource LP as agent for,    DIRECTV, LLC,    PO Box 51178,
                 Los Angeles, CA 90051-5478
13424411      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank Of America,     Attention: Recovery Department,
                 4161 Peidmont Pkwy.,    Greensboro, NC 27410)
13424464      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court: Unvl/citi,     Attn.: Centralized Bankruptcy,    Po Box 20507,
                 Kansas City, MO 64195)
13424415       +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
13424417       +Citibank/The Home Depot,    Po Box 6497,    Sioux Falls, SD 57117-6497
13424416       +Citibank/The Home Depot,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
                 Saint Louis, MO 63179-0040
13424418       +Citimortgage Inc,    Po Box 6243,    Sioux Falls, SD 57117-6243
13424419       +City of Philadelphia,    PO BOX 56318,    Philadelphia, PA 19130-6318
13424421       +Client Services, Inc.,    3451 Harry S. Truman Blvd.,    Saint Charles, MO 63301-9816
13424422      ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
                (address filed with court: Direct TV,    PO Box 11732,    Newark, NJ 07101)
13424424       +Dr. H.D. Schoenahus, PC,    1740 South Street,    Suite 500,    Philadelphia, PA 19146-1572
13424425       +Dynia & Associates, LLC,    1400 E.Touhy Avenue,    Suite G2,    Des Plaines, IL 60018-3338
13823301        ECMC,    PO Box 16408,    St. Paul, MN 55116-0408
13424433       +HFC/Beneficial Mtg Services,    Po Box 9068,    Brandon, FL 33509-9068
13424435       +Hospital Billing - CHOP,    LOCK BOX 7802,    PO BOX 8500,    Philadelphia, PA 19178-8500
13424438       +IC System,    444 Highway 96 East,    PO BOX 64378,    Saint Paul, MN 55164-0378
13424439       +IC System,    Po Box 64378,    Saint Paul, MN 55164-0378
13424436       +IC System,    Attn: Bankruptcy,    444 Highway 96 East; Po Box 64378,    St. Paul, MN 55164-0378
13473202       +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
13424441       +Midland Mortgage,    PO BOX 268806,    Oklahoma City, OK 73126-8806
13424442       +Midland Mortgage Company/Mid First Bank,    Attention: Bankruptcy,    Po Box 26648,
                 Oklahoma City, OK 73126-0648
13424443       +Midland Mortgage Company/Mid First Bank,    999 Nw Grand Blvd,    Oklahoma City, OK 73118-6051
13424445       +Outlaw Towing,    200 Lincoln Highway,    Fairless Hills, PA 19030-1102
13424447       +PGW,    Credit and Collections Department,    800 W. Montgomery Ave., 3rd Floor,
                 Philadelphia, PA 19122-2806
13450217       +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147
13424446       +Penn Medicine,    UPHS Physicians Patient Pay,    PO BOX 824406,    Philadelphia, PA 19182-4406
13424448       +Philadelphia Fed Cr Un,    12800 Townsend Rd,    Philadelphia, PA 19154-1095
13424450       +Physician Billing - PB CHOP,    PO BOX 8500-8017,    Philadelphia, PA 19178-0001
13424451       +Police And Fire Fcu,    901 Arch St,    Philadelphia, PA 19107-2495
13424459       +Sears/cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
13424458       +Sears/cbna,    Po Box 6189,    Sioux Falls, SD 57117-6189
13464804       +Sun Federal Credit Union,    Weltman, Weinberg & Reis, Co., L.P.A.,    436 7th Avenue, Suite 2500,
                 Pittsburgh, PA 15219-1842
13424466       +UPHS PPMC PATIENT PAY,    PO BOX 824314,    Philadelphia, PA 19182-4314
13424465       +Unvl/citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
13424467        VISA,    PO BOX 4512,    Carol Stream, IL 60197-4512
13424469       +Wellsfargo,    800 Walnut St,    Des Moines, IA 50309-3605
13474717        eCAST Settlement Corporation, assignee,    of Citibank, N.A.,    POB 29262,
                 New York, NY 10087-9262
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Jun 09 2018 02:09:47     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 09 2018 02:08:45
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 09 2018 02:09:40     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/Text: ebnbankruptcy@ahm.honda.com Jun 09 2018 02:09:28
                 American Honda Finance Corporation,    3625 W. Royal Lane, Suite 200,    Irving, TX  75063,
                 UNITED STATES
13424407       +E-mail/Text: EBNProcessing@afni.com Jun 09 2018 02:09:27     AFNI,
                 1310 Martin Luther King Drive,    PO BOX 3517,    Bloomington, IL 61702-3517
13424409        E-mail/Text: ebnbankruptcy@ahm.honda.com Jun 09 2018 02:09:28     American Honda Finance,
                 Po Box 168088,    Irving, TX 75016
13435728        E-mail/Text: ebnbankruptcy@ahm.honda.com Jun 09 2018 02:09:28
                 American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
                 Irving, TX 75016-8088,    866-716-6441
```

```
District/off: 0313-2          User: Stacey                Page 2 of 3                   Date Rcvd: Jun 08, 2018
                              Form ID: 138NEW             Total Noticed: 63


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13424434       E-mail/Text: ebnbankruptcy@ahm.honda.com Jun 09 2018 02:09:28      Honda Financial Services,
                 PO Box 7829,   Philadelphia, PA 19101
13424414      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 09 2018 02:05:25      Capital 1 Bank,
                 Po Box 85520,    Richmond, VA 23285
13424420       E-mail/Text: megan.harper@phila.gov Jun 09 2018 02:09:47      City of Philadelphia,
                 1515 Arch Street,   Law Department, 15th Floor,   Philadelphia, PA 19102
13496342       E-mail/Text: megan.harper@phila.gov Jun 09 2018 02:09:47      City of Philadelphia,
                 Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
13424413      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 09 2018 02:05:24      Capital 1 Bank,
                 Attn: General Correspondence,    Po Box  30285,    Salt Lake City, UT 84130-0285
13427783       E-mail/Text: mrdiscen@discover.com Jun 09 2018 02:08:24      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
13424423      +E-mail/Text: mrdiscen@discover.com Jun 09 2018 02:08:24      Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
13424428      +E-mail/PDF: gecsedi@recoverycorp.com Jun 09 2018 02:05:42      GECRB/JC Penny,   Po Box 965007,
                 Orlando, FL 32896-5007
13424426      +E-mail/PDF: gecsedi@recoverycorp.com Jun 09 2018 02:05:19      GECRB/JC Penny,
                 Attention: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
13424430      +E-mail/PDF: gecsedi@recoverycorp.com Jun 09 2018 02:05:19      Gemb/walmart,   Attn: Bankruptcy,
                 Po Box 103104,    Roswell, GA 30076-9104
13424431       E-mail/PDF: gecsedi@recoverycorp.com Jun 09 2018 02:05:42      Gemb/walmart,   Po Box 965024,
                 El Paso, TX 79998
13424460      +E-mail/Text: consumerlending@sunfcu.org Jun 09 2018 02:09:37      Sun Federal Credit Uni,
                 1627 Holland Rd,    Maumee, OH 43537-1622
13424463      +E-mail/PDF: gecsedi@recoverycorp.com Jun 09 2018 02:06:07      Syncb/armstrong,
                 C/o Po Box 965036,    Orlando, FL 32896-0001
13424468      +E-mail/Text: megan.harper@phila.gov Jun 09 2018 02:09:47      Water Revenue Bureau,
                 1401 JFK BLVD,    Philadelphia, PA 19102-1663
13424470      +E-mail/Text: BKRMailOps@weltman.com Jun 09 2018 02:09:25      Weltman, Weinberg & Reis, Co., LPA,
                 323 W. Lakeside Avenue,    Suite 200,   Cleveland, OH 44113-1009
                                                                                              TOTAL: 22

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             ECMC,   P.O. BOX 16408,    ST. PAUL, MN  55116-0408
13424410*      ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
               (address filed with court: American Honda Finance,    201 Little Falls Drive,
                 Wilmington, DE 19808)
13424406*     +Aes/pheaa Rehabs,    Po Box 61047,   Harrisburg, PA 17106-1047
13424412*      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,    Po Box 982235,   El Paso, TX 79998)
13424429*     +GECRB/JC Penny,    Po Box 965007,   Orlando, FL 32896-5007
13424427*     +GECRB/JC Penny,    Attention: Bankruptcy,    Po Box 103104,   Roswell, GA 30076-9104
13424440*     +IC System,    Po Box 64378,   Saint Paul, MN 55164-0378
13424437*     +IC System,    Attn: Bankruptcy,   444 Highway 96 East; Po Box 64378,    St. Paul, MN 55164-0378
13424449*     +Philadelphia Fed Cr Un,    12800 Townsend Rd,    Philadelphia, PA 19154-1095
13424452*     +Police And Fire Fcu,    901 Arch St,    Philadelphia, PA 19107-2495
13424454*     +Police And Fire Fcu,    901 Arch St,    Philadelphia, PA 19107-2495
13424455*     +Police And Fire Fcu,    901 Arch St,    Philadelphia, PA 19107-2495
13424456*     +Police And Fire Fcu,    901 Arch St,    Philadelphia, PA 19107-2495
13424457*     +Police And Fire Fcu,    901 Arch St,    Philadelphia, PA 19107-2495
13424453*     +Police And Fire Fcu,    901 Arch Street,    Philadelphia, PA 19107-2495
13424461*     +Sun Federal Credit Uni,    1627 Holland Rd,    Maumee, OH 43537-1622
13424462*     +Sun Federal Credit Uni,    1627 Holland Rd,    Maumee, OH 43537-1622
13424432     ##+HFC/Beneficial Mtg Services,    Attn: Bankruptcy,    961 Weigel Dr,   Elmhurst, IL 60126-1058
13424444     ##+Millennium Capital Recovery,    1595 Georgetown Road,    Hudson, OH 44236-4063
                                                                                   TOTALS: 0, * 17, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0313-2          User: Stacey             Page 3 of 3             Date Rcvd: Jun 08, 2018
                              Form ID: 138NEW          Total Noticed: 63
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2018                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 8, 2018 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    MIDFIRST BANK agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust
               bkgroup@kmllawgroup.com
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              JOSEPH SCHWARTZ    on behalf of Joint Debtor Gretchen J. Lewis jschwartz@silverandsilver.com,
               ddortone@silverandsilver.com
              JOSEPH SCHWARTZ    on behalf of Debtor David E Lewis jschwartz@silverandsilver.com,
               ddortone@silverandsilver.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              STEPHEN MATTHEW DUNNE    on behalf of Debtor David E Lewis bestcasestephen@gmail.com,
               dunnesr74587@notify.bestcase.com
              STEPHEN MATTHEW DUNNE    on behalf of Joint Debtor Gretchen J. Lewis bestcasestephen@gmail.com,
               dunnesr74587@notify.bestcase.com
              THOMAS I. PULEO    on behalf of Creditor    MIDFIRST BANK tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    American Honda Finance Corporation
               ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 14
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: David E Lewis and Gretchen J. Lewis
    Debtor(s)

Bankruptcy No: 14−19079−amc
Chapter: 13

---

### NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 6/8/18

74 − 73
Form 138_new